TIMOTHY J. LEPORE (SBN 13908)
ERIC TRAN (SBN 11876)
ROPERS MAJESKI PC
6623 Las Vegas Boulevard South, Suite F-230
Las Vegas, NV 89119
Telephone: 702.954.8300
Facsimile: 213.312.2001
Email: timothy.lepore@ropers.com
eric.tran@ropers.com

Attorneys for Defendant
GOODLEAP LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CHUCK ROWLETT, | Case No. 2:24-cv-01524-APG-MDC |
|---|---|
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT GOODLEAP, LLC TO RESPOND TO PLAINTIFF CHUCK ROWLETT'S COMPLAINT** |
| v. | |
| GOODLEAP, LLC; DOE DEFENDANTS I THROUGH X; AND ROE CORPORATIONS I THROUGH X, | |
| | **[SECOND REQUEST]** |
| Defendants. | Complaint Filed: July 26, 2024 |

Defendant GOODLEAP, LLC, ("GoodLeap") and Plaintiff CHUCK ROWLETT ("Plaintiff"), by and through their respective attorneys of record, stipulate and agree to extend the deadline for GoodLeap to file a responsive pleading to Plaintiff's Complaint [ECF No. 1-3 (state complaint)] to September 24, 2024. This is the Parties' second request to extend the deadline to respond to the Complaint.

1. On July 26, 2024, Plaintiff CHUCK ROWLETT ("Plaintiff") filed this action in the Eighth Judicial District in Clark County, State of Nevada, entitled *Rowlett v. GoodLeap, LLC*, which was assigned case number A-24-898447-C.

2. The Summons and the Complaint were served upon GoodLeap, LLC's registered agent on July 31, 2024.

3. On August 20, 2024, GoodLeap removed the action from the Eighth Judicial

4873-2054-4995.1

1  District Court to this Court, contending this Court has subject matter jurisdiction over this action
2  pursuant to 28 U.S.C. § 1331, as GoodLeap contends the Complaint alleges a federal claim under
3  the Truth-in-Lending Act (15 U.S.C. § 1631, *et seq.*). As a result, pursuant to Federal Rule of
4  Civil Procedure 81(c)(2), GoodLeap's current deadline to file a responsive pleading is August 27,
5  2024.

6       4.   On August 26, 2024, GoodLeap requested Plaintiff to extend the deadline to
7  respond to the Complaint to September 10, 2024. Part of the reason GoodLeap requested the
8  extension was to discuss the allegations contained in Plaintiff's Complaint and to determine if
9  early resolution is possible. That same day, Plaintiff agreed to the requested extension.

10      5.   Accordingly, on August 28, 2024, the Parties submitted a stipulation to this Court
11  to extend the deadline for GoodLeap to file a responsive pleading to Plaintiff's Complaint [ECF
12  No. 1-3 (state complaint)] to September 10, 2024. (ECF No. 8) On August 30, 2024, the Court
13  granted the stipulation. (ECF No. 8.)

14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

6. Since then, the Parties have been engaged in settlement negotiations and are hopeful to reach a settlement within in the next two weeks. Accordingly, the Parties have again stipulated to extend the deadline for GoodLeap to respond to Plaintiff's Complaint for another two weeks to September 24, 2024. Should the Parties reach a tentative settlement before September 24, 2024, the Parties will promptly submit a notice of settlement to the Court. This stipulation is being submitted in good faith and not for purposes of delay.

IT IS SO STIPULATED.

Dated: September 17, 2024          ROPERS MAJESKI PC

By: /s/ *Timothy J. Lepore*
TIMOTHY J. LEPORE
Attorneys for Defendant
GOODLEAP LLC

Dated: September 17, 2024          LAW OFFICES OF MILES N. CLARK, LLC

By: /s/ *Miles N. Clark*
MILES N. CLARK
Attorneys for Plaintiff
CHUCK ROWLETT

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 09-18-24

4873-2054-4995.1

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2024, I served the foregoing **STIPULATION AND REQUEST FOR ORDER EXTENDING TIME FOR DEFENDANT GOODLEAP, LLC TO RESPOND TO PLAINTIFF CHUCK ROWLETT'S COMPLAINT** to be filed via the Court's CM/ECF system, which will accomplish service on all parties of record through their counsel.

*/s/ Stephanie Hart*
Stephanie Hart

4873-2054-4995.1