# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHUCK, ROWLETT, | Case No.: 2:24-cv-01524-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| GOODLEAP, LLC, | |
| Defendant | |

The parties previously advised the court that they had settled this matter and anticipated filing a stipulation for dismissal by the end of November. ECF No. 19. Nothing has been filed.

I THEREFORE ORDER the parties to file a stipulation to dismiss or status report regarding settlement by January 22, 2025.

DATED this 8th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE