Miles N. Clark, Esq.
Nevada Bar No. 13848
LAW OFFICES OF MILES N. CLARK, LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
Email: miles@milesclarklaw.com

*Counsel for Plaintiff*
*Chuck Rowlett*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CHUCK ROWLETT, | Case No. 2:24-cv-01524-APG-MDC |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT GOODLEAP, LLC, WITH PREJUDICE** |
| v. | |
| GOODLEAP, LLC, | Complaint filed: August 20, 2024 |
| Defendant. | Assigned to Hon. Judge Andrew P. Gordon |

PLEASE TAKE NOTICE that Plaintiff Chuck Rowlett ("Plaintiff") and Defendant GOODLEAP, LLC, ("GoodLeap") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii).

There are no longer any issues in this matter between Plaintiff and GoodLeap to be determined by this Court. Plaintiff and GoodLeap hereby stipulate that all claims and causes of action that were or could have been asserted against GoodLeap are hereby dismissed with

//

prejudice, with each side to bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: February 12, 2025.

| **LAW OFFICES OF MILES N. CLARK, LLC** | **ROPERS MAJESKI P.C.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Timothy J. Lepore* |
| Miles N. Clark, Esq. | Timothy J. Lepore, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 13908 |
| 5510 So. Fort Apache Rd, Suite 30 | Eric Tran, Esq. |
| Las Vegas, NV 89148 | Nevada Bar No. 11876 |
| Email: miles@milesclarklaw.com | 6623 Las Vegas Blvd., South |
|  | Suite F-230 |
| *Counsel for Plaintiff* | Las Vegas NV 89119 |
| *Chuck Rowlett* | Email: timothy.lepore@ropers.com |
|  | Email: eric.tran@ ropers.com |
|  | *Counsel for Defendant* |
|  | *GoodLeap, LLC* |

<u>**ORDER GRANTING**</u>
<u>**STIPULATION OF DISMISSAL OF GOODLEAP, LLC, WITH PREJUDICE**</u>

**IT IS SO ORDERED.**

DATED: _____February 18_____, 2025

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

*Rowlett v. GoodLeap LLC*
Case No. 2:24-cv-01524

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system

LAW OFFICE OF MILES N. CLARK
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 552-2370
www.milesclarklaw.com